# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JOSEPH THOMAS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Case No. 1:21-cv-03778-SDG-JKL** |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **BOARD OF REGENTS OF THE** ) | |
| **UNIVERSITY SYSTEM OF** ) | |
| **GEORGIA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by

and through their undersigned counsel, stipulate and agree to the dismissal of the

above-captioned action in its entirety with prejudice. All parties agree to pay their

own costs and fees associated with this dismissal.

Respectfully submitted this 28th day of September, 2022.

| | |
|---|---|
| *s/ Nina Maja Bergmar* | *s/ William P. Miles, Jr.* |
| Nina Maja Bergmar | William P. Miles, Jr. |
| GA Bar No. 982879 | GREGORY, DOYLE, CALHOUN & |
| BERGMAR LAW LLC | ROGERS, LLC |
| 135 Auburn Avenue, NE, Suite 210 | 49 Atlanta Street |
| Atlanta, Georgia 30303 | Marietta, GA 30060 |
| nmb@bergmarlaw.com | wmiles@gdcrlaw.com |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOSEPH THOMAS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) **Case No. 1:21-cv-03778-SDG-JKL** |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BOARD OF REGENTS OF THE | ) |
| UNIVERSITY SYSTEM OF | ) |
| GEORGIA, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on September 28, 2022, I electronically filed the foregoing

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk

of Court using the CM/ECF system, which will automatically send e-mail

notification of such filing to the following counsel of record:

> William P. Miles, Jr.
> GREGORY, DOYLE, CALHOUN & ROGERS, LLC
> 49 Atlanta Street
> Marietta, GA 30060
> wmiles@gdcrlaw.com

> s/ *Nina Maja Bergmar*
> Nina Maja Bergmar
> GA Bar Number 982879